UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENAL EVANS,

                    Plaintiff,

-against-

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, ET AL.,

                    Defendants.

19-CV-5684 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 27, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 27, 2019
          New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge